IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LEONCIO PAREDES-SANTOS,<br><br>Defendant. | CRIM. NO. 15-741  (PAD) |

ORDER

The court has evaluated the Report and Recommendation made by U.S. Magistrate Judge Camille L. Velez-Rive regarding the Rule 11 proceeding of defendant, Leoncio Paredes-Santos (Docket No. 23), to which no objections have been filed.  The court finds the plea entered by the defendant was knowingly, voluntary and intelligently entered with awareness of his rights and the consequences of pleading guilty.  The plea is therefore accepted and the defendant is adjudged guilty as to count one of the Information included at Docket No. 18.

The court notes that a Presentence Investigation Report was ordered (Docket No. 22).  The Sentencing Hearing set for April 7, 2016, is RESET for May 9, 2016 at 10:00 a.m. in Courtroom 5.  The parties shall file, not later than April 29, 2016, Sentencing Memorandums, which should include any recommendation(s) to be made at the Sentencing Hearing.

**SO ORDERED.**

In San Juan, Puerto Rico, this 8th day of January, 2016.

S/Pedro A. Delgado-Hernández
PEDRO A. DELGADO HERNANDEZ
United States District Judge